

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Catherine Stavlas, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address



January 18, 2019

Phillip O'Briant
433 Drew Street
Baltimore, Maryland 21224

Dear Mr. O'Briant:

Pursuant to the pre-filing injunction issued by this Court in *In Re O'Briant*, Misc. No. 18-720 (D. Md.), we are returning the enclosed pleadings to you.

Approved by: _____ this __ day of January 2019.

Encl.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov