

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy

March 6, 2019

\_\_\_\_FILED \_\_\_\_ENTERED
\_\_\_\_LODGED \_52_\_ RECEIVED

FEB 7 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Phillip O' Briant
433 Drew Street
Baltimore, MD 21224

Dear Mr. O'Briant:

Pursuant to the pre-filing injunction issued by this Court in <u>In Re O'Briant</u>, Misc. No. 18-720 (D. Md.), we are returning the enclosed pleadings to you.

Approved by: _/s/ Paul D. Butts_ this _7th_ day of March, 2019.

U.S. District Judge

Encl.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov