

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Northern Division Address

March 13, 2019

Phillip O'Briant
433 Drew Street
Baltimore, MD 21224

Dear Mr. O'Briant:

    Pursuant to the pre-filing injunction by this Court in Re O'Briant, Misc. No 18-720(D. Md), we are returning the enclosed pleadings to you.

APPROVED By: _____this _____of March, 2019

Encl.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov