Date: 9 March 2019

To: U.S. Judge Ellen Lipton Hollander —



(1) On 3 July 2018, plaintiff filed a motion for summary judgement in the U.S. District Court for Maryland.

(2) On 9 July 2018, U.S. Judge Ellen Lipton Hollander denied plaintiff's summary judgement motion, and ordered for the Clerk to close the case.

(3) On 18 July 2018, plaintiff filed a motion for en banc determination with the U.S. District Court for Maryland.

(4) On 24 July 2018, the Court of Appeals for the Fourth Circuit added the case to its docket.

(5) On 30 November 2018, the Court of Appeals dismissed plaintiff's appeal, but remanded the case back down to the U.S. District Court for Maryland, for Judge Hollander to render her decision for his Section 1981 claim.

(6) On 4 December 2018, Judge Hollander ordered the Clerk to reopen the case.

(7) On 30 January 2019, Judge Hollander ordered for counsel for defendant to respond to the suit.