FILED: May 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2433
(1:18-mc-00720)

_____

In re: PHILLIP O'BRIANT

         Petitioner - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered May 3, 2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                        */s/Patricia S. Connor, Clerk*